| | | | |
|---|---|---|---|
| Com. v. Curry | 3531 EDA 2015<br>Affirmed | 10/05/2016 | CP–39–CR–0000637–2011<br>(Lehigh) |
| Owens v. Lehigh Valley Hospital | 3780 EDA 2015<br>Affirmed | 10/05/2016 | No. 2013–C–2397<br>(Lehigh) |
| Com. v. Singletary | 382 EDA 2016<br>Affirmed | 10/05/2016 | CP–51–CR–0729881–1993<br>(Philadelphia) |
| Com. v. Zipp | 1689 MDA 2015<br>Affirmed | 10/05/2016 | CP–38–CR–0001196–2014<br>(Lebanon) |
| Com. v. Ward | 40 MDA 2016<br>Affirmed | 10/05/2016 | CP–36–CR–0003160–2010<br>CP–36–CR–0003165–2010<br>(Lancaster) |
| Com. v. Tresselt | 432 MDA 2016<br>Affirmed | 10/05/2016 | CP–54–CR–0001224–2013<br>(Schuylkill) |
| Com. v. Nocent | 438 MDA 2016<br>Affirmed | 10/05/2016 | CP–67–CR–0001997–2015<br>(York) |
| Com. v. York | 618 MDA 2016<br>Vacated and<br>Remanded | 10/05/2016 | CP–54–CR–0002058–2008<br>(Schuylkill) |
| Com. v. Gardner | 201 WDA 2015<br>Affirmed | 10/05/2016 | CP–02–CR–0004865–2014<br>(Allegheny) |
| Com. v. Jones | 2879 EDA 2014<br>Affirmed | 10/06/2016 | CP–51–CR–0013646–2011<br>(Philadelphia) |
| Com. v. Calmese | 2137 EDA 2015<br>Vacated and<br>Remanded | 10/06/2016 | CP–46–CR–0006511–2009<br>(Montgomery) |
| Com. v. Harris | 2357 EDA 2015<br>Affirmed | 10/06/2016 | CP–51–CR–0000333–2011<br>(Philadelphia) |
| In the Interest of: M.P. | 3117 EDA 2015<br>Affirmed | 10/06/2016 | CP–51–JV–0001519–2015<br>(Philadelphia) |
| Com. v. Short | 3496 EDA 2015<br>Affirmed | 10/06/2016 | CP–23–CR–0001152–2011<br>(Delaware) |
| Com. v. Morris | 79 EDA 2016<br>Affirmed | 10/06/2016 | CP–51–CR–1103311–1995<br>(Philadelphia) |
| Com. v. Suny | 1215 EDA 2016<br>Affirmed | 10/06/2016 | CP–23–CR–0006903–2003<br>(Delaware) |
| Domiano v. Domiano [6] | 2001 MDA 2015<br>Affirmed | 10/06/2016 | 2004–41310<br>(Lackawanna) |

6. Petition for reargument denied December 19, 2016.